IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | * | | |
| Plaintiff, | * | | |
| v. | * | No. | 03-20045-B |
| JUAN F. RODRIGUEZ, | * | | |
| Defendant. | * | | |

## ORDER CONTINUING SENTENCING

Upon Motion of the United States and for good cause shown, the sentencing hearing for Juan F. Rodriguez is hereby continued until further order of this court.

Ordered this 1st day of December, 2005.

HONORABLE J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 12-2-05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 148 in case 2:03-CR-20045 was distributed by fax, mail, or direct printing on December 2, 2005 to the parties listed.

---

Cynthia A. Pensoneau
SHEA MOSKOVITZ, PLC
530 Oak Court Dr.
Ste. 350
Memphis, TN 38117

Scott F. Leary
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Jacob E. Erwin
WAGERMAN LAW FIRM
200 Jefferson Avenue
Ste. 1313
Memphis, TN 38103

Ross Sampson
GARRETT & ASSOCIATES
605 Poplar Ave.
Memphis, TN 38105

Honorable J. Breen
US DISTRICT COURT